UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PMT NPL Financing 2015-1,<br><br>               Plaintiff,<br><br>    v.<br><br>THOMAS C. LEE, et al.,<br><br>               Defendants. | CASE NO. 2:18-cv-212-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Defendant Thomas C. Lee's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Defendant Lee may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Defendant Lee.

DATED this 13th day of February, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge